of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Walter I. Sundlin* and *William C. Crossley* for petitioner. *Maurice J. Murphy, pro se.*

No. 454. BILLINGSLEY *v.* HORRALL, CHIEF OF POLICE. December 6, 1943. Petition for writ of certiorari to the Supreme Court of California denied. The motion for leave to file a petition for writ of habeas corpus is also denied. *Mr. Morris Lavine* for petitioner. *Messrs. Ray L. Chesebro* and *John L. Bland* for respondent.

No. 451. BESS *v.* MAYO, CUSTODIAN OF THE FLORIDA STATE PRISON. December 6, 1943. Petition for writ of certiorari to the Supreme Court of Florida denied. Motion for leave to file petition for writ of habeas corpus also denied. *Roy Bess, pro se.*

No. 475. SPRUILL *v.* BALLARD ET AL. December 6, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied, *Georgia M. Spruill, pro se. Mr. Ross H. Snyder* for respondents.

No. 480. COHEN *v.* RANDALL, EXECUTOR. December 6, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Maurice P. Davidson* and *Gustave B. Garfield* for petitioner. *Mr. Robert D. Steefel* for respondent.

No. 456. LEYDECKER *v.* UNITED STATES. December 13, 1943. Petition for writ of certiorari to the Court of